373 A.2d 1133

Commonwealth v. Otto, Appellant.

Submitted November 8, 1976. Oliver E. Mattas, Jr., Assistant Public Defender, for appellant; Donald E. Speice, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for reasons stated in the dissenting opinion in Commonwealth v. McCusker, 245 Pa. Superior Ct. 402, 404, 369 A.2d 465, 466 (1977).